**People of the State of Illinois, Plaintiff-Appellee, v. Theodore Young, Defendant-Appellant.**

Gen. No. 50,422.

First District, Second Division.

November 23, 1965.

Gerald W. Getty, Public Defender of Cook County, of Chicago (John J. Van Zeyl and James J. Doherty, Assistant Public Defenders, of counsel), for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane and E. James Gildea, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE BRYANT. Not to be published in full.